On Motion to Dismiss Appeal.
ROGERS, J.
Mrs. Lucy S. Bauman died testate on January 24, 1925. In the second clause of her will she undertook to disinherit her daughter, Mrs. M. E. George, née Bauman, for striking- and cursing her. This suit is by another daughter of the testatrix to enforce this clause of the testament. The other children and heirs of the deceased were also made parties defendant. Plaintiff’s demand was rejected, and she appealed. Defendants moved to dismiss the appeal on the ground that this court was without jurisdiction ratione materise. The matter in dispute involves the right of the defendant Mrs. M. E. George to share in the succession of her mother, the testatrix. Appellant has filed an affidavit in this court showing that the value of her said share and interest in the succession exceeds $2,000. This is sufficient to give this court jurisdiction. Const, art. 7, § 10, par. 3.
The motion to dismiss the appeal is therefore denied.